UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANKIE LEE KING, | ) | No. CV 09-2827-SJO (AGR) |
|     Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT ADAMS, | ) | |
|     Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 29, 2010

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE